IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

| | | |
|---|---|---|
| **LARRY G. TINSLEY,** | **)** | |
| | **)** | |
| Plaintiff, | **)** | **Civil Action No. 3:10-cv-00740** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **ELAN FINANCIAL SERVICES,** | **)** | |
| | **)** | |
| Defendant. | **)** | |

PLAINTIFF'S MOTION FOR LEAVE TO APPEAR BY
TELEPHONE FOR INITIAL CASE MANAGEMENT CONFERENCE
SET FOR OCTOBER 7, 2010

COMES NOW, Plaintiff, Larry G. Tinsley, by and through his counsel, Amy L. Bennecoff, Kimmel & Silverman, P.C., and hereby moves this Honorable Court for telephonic appearance to the Initial Case Management Conference, an in support thereof, Plaintiff states the following:

1. The case management conference is scheduled to take place on October 7, 2010 at 3:30 pm before the Honorable Aleta A. Trauger.

2. Because Plaintiff's counsel's office is in Ambler, Pennsylvania, Plaintiff respectfully requests that his counsel, Amy L. Bennecoff, be allowed to participate in the Case Management Conference by telephone.

3. Plaintiff's counsel has retained local counsel, Michael McNulty, Esquire of McNulty & Associates, who will in person at the conference on October 7, 2010.